UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT

SEP – 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

HAROLD RUSSELL DILLARD,          ) Case No. SACV 08-00225 ODW (AN)
                                 )
            Petitioner,          )
                                 )
      v.                         ) ORDER APPROVING AND ADOPTING
                                 ) REPORT AND RECOMMENDATION OF
M. MARTEL, Warden,               ) UNITED STATES MAGISTRATE JUDGE
                                 )
            Respondent.          )
                                 )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1.      The Court finds the Objections principally repeat arguments that Petitioner raised in his claims for relief and lack merit for the reasons discussed in the R&R. Therefore, the Objections are overruled and the R&R is approved and adopted.

2.      Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3.      All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: September 8, 2008

_____
                OTIS D. WRIGHT, II
                UNITED STATES DISTRICT JUDGE