ENT        JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |
|---|---|
| HAROLD RUSSELL DILLARD,<br>　　　　Petitioner,<br>　　v.<br>M. MARTEL, Warden,<br>　　　　Respondent. | Case No. SACV 08-00225 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 8, 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY